217 So.2d 414

**William Joseph HUNTER et al.**

**v.**

**CITY OF SHREVEPORT et al.**

**No. 49617.**

Jan. 24, 1969.

In re: William Joseph Hunter et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 140.

Writs refused. On the facts found by the Court of Appeal the result is correct.

217 So.2d 414

**Roy ROBERIE**

**v.**

**ASHY CONSTRUCTION COMPANY, Inc.**

**No. 49620.**

Jan. 24, 1969.

In re: Roy Roberie applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 215 So.2d 857.

Application denied. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.